UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PELE LACRUZ WATKINS,     )<br>                                                )<br>            Plaintiff,             )<br>vs.                                         )<br>                                                )<br>SYRONA LAWRENCE, *et al.*,  )<br>                                                )<br>            Defendants.         )<br>                                                ) | Case No.: 2:17-cv-00354-GMN-PAL<br><br>**ORDER ACCEPTING REPORT &<br>RECOMMENDATION OF MAGISTRATE<br>JUDGE PEGGY A. LEEN** |

Before the Court for consideration is the Report and Recommendation, (ECF No. 5), of the Honorable Peggy A. Leen, United States Magistrate Judge, entered February 24, 2017.

Pursuant to Local Rule IB 3-2(a), objections were due by March 10, 2017. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Leen's recommendations that this case be remanded to the Family Division of the Eighth Judicial District Court for the State of Nevada. Therefore, the Court has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED** and **ADOPTED** in full.

**IT IS THEREFORE ORDERED** that the Report and Recommendation, (ECF No. 5), is **ACCEPTED and ADOPTED in full.** This case is hereby **REMANDED** to the Eighth Judicial District Court. The Clerk of Court shall remand this case back to state court and thereafter close this Court's case.

**DATED** this  30   day of March, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge